CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG - 4 2022

JULIA C. DUDLEY, CLERK
BY: O. Meade
DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| THE CITY OF BRISTOL, TENNESSEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:22-cv-00023-JPJ |
| ) | |
| THE CITY OF BRISTOL, VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion to extend the time to plead or otherwise respond to Plaintiff's Complaint and provide initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) up to and including Wednesday, August 31, 2022, it is hereby **ORDERED** that the Motion is **GRANTED** that Defendant has up to and including Wednesday, August 31, 2022 to plead or otherwise respond to Plaintiff's Complaint and provide initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

ENTER this __4__ day of August, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE