# EXHIBIT 1

## Landfill Cover

| Date | PW 325 | PW333 | PW 335 | PW353 | PW 375 | PW 386 | Daily Average # Of Loads | Daily Total # of loads | Daily Tons | Explanation if no work completed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2022 | 14 | 6 | 0 | 12 | 11 | 17 | 10 | 60 | 518.32 | | pw 335 down |
| 8/26/2022 | 12 | 15 | 0 | 8 | 10 | 13 | 9.666666667 | 58 | 504.35 | | pw 335 down |
| 8/29/2022 | 22 | 22 | 0 | 17 | 21 | 21 | 17.16666667 | 103 | 895.88 | | pw 335 down |
| 8/30/2022 | 15 | 15 | 0 | 14 | 14 | 14 | 12 | 72 | 626.53 | | pw 335 down |
| 8/31/2022 | 21 | 15 | 0 | 19 | 17 | 19 | 15.16666667 | 91 | 791.63 | | pw 335 down |
| 9/1/2022 | 29 | 26 | 0 | 17 | 27 | 28 | 21.16666667 | 127 | 1103.94 | | pw 335 down |
| 9/2/2022 | 25 | 24 | 0 | 21 | 24 | 25 | 19.83333333 | 119 | 1034.06 | | pw 335 down |
| 9/3/2022 | 18 | 18 | 0 | 17 | 21 | 18 | 15.33333333 | 92 | 798.87 | | pw 335 down |
| 9/5/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | holiday/rain |
| 9/6/2022 | 16 | 4 | 0 | 4 | 14 | 7 | 7.5 | 45 | 394.75 | | pw 335 down and Rain |
| 9/7/2022 | 23 | 21 | 0 | 22 | 21 | 21 | 18 | 108 | 939.81 | | pw 335 down |
| 9/8/2022 | 23 | 15 | 0 | 12 | 16 | 16 | 13.66666667 | 82 | 716.81 | | pw 335 down |
| 9/9/2022 | 16 | 0 | 0 | 0 | 0 | 0 | 2.666666667 | 16 | 149.28 | | pw 335 down and City Festival |
| 9/10/2022 | | | | | | | | | | Rain | pw 335 down |
| 9/12/2022 | | | | | | | | | | Rain | ow 335 down |
| 9/13/2022 | 8 | 17 | 2 | 17 | 15 | 17 | 12.66666667 | 76 | 673.92 | | |