# EXHIBIT 2

| | | | AVG TON PER LOAD BY TRUCK |
|---|---|---|---|
| **Contractors Spreadsheet---Hauling Landfill Cover** | | | |
| | | | **14.18** |
| Date | Truck ID | Total Number of Loads Per Day (Per Truck) | Tons Hauled |
| 9/1/2022 | #1 | 8.00 | 113.44 |
| 9/2/2022 | #1 | 18.00 | 255.24 |
| 9/2/2022 | #2 | 17.00 | 241.06 |
| 9/3/2022 | #2 | 11.00 | 155.98 |
| 9/3/2022 | #1 | 13.00 | 184.34 |
| 9/7/2022 | #3 | 16.00 | 226.88 |
| 9/7/2022 | #1 | 15.00 | 212.7 |
| 9/7/2022 | #4 | 13.00 | 184.34 |
| 9/8/2022 | #3 | 19.00 | 269.42 |
| 9/8/2022 | #4 | 17.00 | 241.06 |
| 9/8/2022 | #1 | 16.00 | 226.88 |
| 9/9/2022 | #1 | 13.00 | 184.34 |
| 9/9/2022 | #3 | 11.00 | 155.98 |
| 9/9/2022 | #4 | 12.00 | 170.16 |
| 9/13/2022 | #3 | 18.00 | 255.24 |
| 9/13/2022 | #4 | 12.00 | 170.16 |