# EXHIBIT 3

REGULAR HOURS AND OT EXPENSE FOR LANDFILL COVER 8/25/22 - 9/9/22

| Employee | REG HOURS | OT HOURS | OVERTIME REASON/ACTIVITY | DATE |
|---|---|---|---|---|
| #1 | 4.00 | - | LANDFILL COVER | 9/3/2022 |
| #1 | 2.00 | - | LANDFILL COVER | 9/6/2022 |
| #1 | 2.00 | 0.50 | LANDFILL COVER | 9/7/2022 |
| #1 | - | 2.50 | LANDFILL COVER | 9/8/2022 |
| #1 | - | 0.50 | LANDFILL COVER | 9/9/2022 |
| #2 | - | 2.50 | LANDFILL COVER | 8/31/2022 |
| #2 | - | 1.00 | LANDFILL COVER | 9/1/2022 |
| #2 | - | 4.00 | LANDFILL COVER | 9/2/2022 |
| #2 | 8.00 | 0.25 | LANDFILL COVER | 9/3/2022 |
| #3 | - | 2.00 | LANDFILL COVER | 8/29/2022 |
| #3 | - | 2.00 | LANDFILL COVER | 8/31/2022 |
| #3 | - | 4.00 | LANDFILL COVER | 9/1/2022 |
| #3 | - | 3.50 | LANDFILL COVER | 9/2/2022 |
| #3 | 8.00 | - | LANDFILL COVER | 8/3/2022 |
| #3 | - | 1.50 | LANDFILL COVER | 9/6/2022 |
| #4 | - | 2.50 | LANDFILL COVER | 8/29/2022 |
| #4 | - | 0.50 | LANDFILL COVER | 8/30/2022 |
| #4 | - | 4.00 | LANDFILL COVER | 9/1/2022 |
| #4 | - | 4.00 | LANDFILL COVER | 9/2/2022 |
| #5 | - | 4.00 | LANDFILL COVER | 8/29/2022 |
| #5 | 8.00 | 1.25 | LANDFILL COVER | 9/3/2022 |
| #5 | - | 1.50 | LANDFILL COVER | 9/6/2022 |
| #5 | - | 3.00 | LANDFILL COVER | 9/7/2022 |
| #6 | - | 2.00 | LANDFILL COVER | 8/29/2022 |
| #6 | 8.00 | - | LANDFILL COVER | 9/3/2022 |
| #6 | - | 1.00 | LANDFILL COVER | 9/6/2022 |
| #6 | - | 2.00 | LANDFILL COVER | 9/7/2022 |
| #7 | 3.00 | 0.75 | LANDFILL COVER | 9/3/2022 |
| #8 | - | 0.50 | LANDFILL COVER | 8/25/2022 |
| #8 | - | 0.50 | LANDFILL COVER | 8/26/2022 |
| #8 | - | 4.00 | LANDFILL COVER | 8/29/2022 |
| #8 | - | 2.50 | LANDFILL COVER | 8/31/2022 |
| #8 | - | 4.50 | LANDFILL COVER | 9/1/2022 |
| #8 | - | 4.00 | LANDFILL COVER | 9/2/2022 |
| #8 | 8.00 | 1.00 | LANDFILL COVER | 9/3/2022 |
| #8 | - | 2.50 | LANDFILL COVER | 9/6/2022 |
| #8 | - | 4.50 | LANDFILL COVER | 9/7/2022 |
| #9 | - | 2.00 | LANDFILL COVER | 8/29/2022 |
| #9 | - | 2.00 | LANDFILL COVER | 8/31/2022 |
| #9 | - | 4.00 | LANDFILL COVER | 9/1/2022 |
| #9 | - | 3.50 | LANDFILL COVER | 9/2/2022 |
| #9 | 6.00 | - | LANDFILL COVER | 9/3/2022 |
| #9 | 1.50 | - | LANDFILL COVER | 9/6/2022 |
| | 58.50 | 86.25 | | |

| 4105 | REG HOURS | OT HOURS | OVERTIME REASON/ACTIVITY | DATE |
|---|---|---|---|---|
| #10 | | 1.00 | HAULING FUEL | 8/30/2022 |
| #10 | 4.00 | - | HAULING FUEL | 9/5/2022 |
| #11 | - | 1.00 | HAULING  FUEL | 8/26/2022 |
| #11 | - | 1.75 | HAULING FUEL | 8/29/2022 |
| #12 | - | 1.00 | HAULING  FUEL | 8/25/2022 |
| #12 | - | 1.00 | HAULING  FUEL | 8/26/2022 |
| #12 | - | 1.00 | HAULING FUEL | 8/29/2022 |
| #12 | - | 1.00 | HAULING FUEL | 8/30/2022 |
| #12 | - | 1.00 | HAULING FUEL | 8/31/2022 |
| #12 | - | 1.00 | HAULING FUEL | 9/1/2022 |
| #12 | - | 1.00 | HAULING FUEL | 9/2/2022 |
| #12 | 1.00 | - | HAULING FUEL | 9/7/2022 |
| #13 | - | 1.50 | HAULING  FUEL | 8/25/2022 |
| #13 | - | 2.50 | HAULING FUEL | 8/28/2022 |
| #13 | - | 1.00 | HAULING FUEL | 9/1/2022 |
| #13 | 1.00 | - | HAULING FUEL | 9/7/2022 |
| #14 | - | 1.00 | HAULING FUEL | 8/31/2022 |
| #14 | - | 1.00 | HAULING FUEL | 9/1/2022 |
| #14 | - | 1.00 | HAULING FUEL | 9/2/2022 |
| #14 | - | 6.50 | HAULING FUEL | 9/3/2022 |
| #14 | - | 6.00 | HAULING FUEL | 9/4/2022 |
| #14 | 4.00 | - | HAULING FUEL | 9/5/2022 |
| #14 | - | 1.25 | HAULING FUEL | 9/9/2022 |
| | 10.00 | 32.50 | | |

Note:  Hauling Fuel was primarily for the Landfill equipment pushing dirt.

| 7101 | REG HOURS | OT HOURS | OVERTIME REASON/ACTIVITY | DATE |
|---|---|---|---|---|
| #15 | - | 4.00 | LANDFILL COVER | 9/1/2022 |
| | - | 4.00 | | |

| | REG HOURS | OT HOURS | OVERTIME REASON/ACTIVITY | DATE |
|---|---|---|---|---|
| #16 | 8.50 | - | LANDFILL COVER | 8/25/2022 |
| #16 | 8.50 | - | LANDFILL COVER | 8/25/2022 |
| #16 | 9.25 | 4.25 | LANDFILL COVER | 8/27/2022 |
| #16 | 10.50 | - | LANDFILL COVER | 8/29/2022 |
| #16 | 7.50 | - | LANDFILL COVER | 8/30/2022 |
| #16 | 10.50 | - | LANDFILL COVER | 8/31/2022 |
| #16 | 12.50 | - | LANDFILL COVER | 9/1/2022 |
| #16 | 12.00 | - | LANDFILL COVER | 9/2/2022 |
| #16 | 9.00 | - | LANDFILL COVER | 9/3/2022 |
| #16 | 11.00 | - | LANDFILL COVER | 9/6/2022 |
| #16 | 10.75 | - | LANDFILL COVER | 9/7/2022 |
| #16 | 10.50 | - | LANDFILL COVER | 9/8/2022 |
| #16 | 8.50 | - | LANDFILL COVER | 9/9/2022 |
| | 129.00 | 4.25 | | |