# EXHIBIT 4

# ATTACHMENT 3

**Attachment 3 - Summary of Soil Boring Observations**
**August 23, 2022, Site Visit, Bristol Quarry Landfill**

| Soil Boring Location | Cover Depth (inches) | Coordinates (latitude and longitude) | Observations |
|---|---|---|---|
| SB-1 | >12 | 36-35'-58"N & 82-08"50"W | Sufficient cover depth |
| SB-2 | ~6 | 36-35'-54"N & 82-08"48"W | Grassy area, litter, trash at 6 inches |
| SB-3 | >12 | 36-35'-52"N & 82-08"48"W | Sufficient cover depth |
| SB-4 | ~9 | 36-35'-52"N & 82-08"48"W | Two holes attempted, refusal on asphalt at 8 inches and on trash at 9 inches. Approximately 100 feet form SB-3 |
| SB-5 | ~8 | 36-35'-51"N & 82-08"52"W | South rim area. Trash at 8 inches. |
| SB-6 | ~9 | 36-35'-53"N & 82-08"54"W | Trash at 9 inches. |
| SB-7 | ~10 | 36-35'-57"N & 82-08"52"W | Approximately 50 feet west of gas well 60. Approximately 10 inches of cover. |
| SB-8 | <3 | 36-35'-55"N & 82-08"50"W | Less than 3 inches of cover to mix of trash and soil. |
| SB-9 | ~7 | 36-36'-01"N & 82-08"43"W | 7 inches to trash |
| SB-10 | ~8 | 36-36'-11"N & 82-08"57"W | Approximately 8 inches to trash (plastic) |
| SB-11 | ~11 | 36-36'-01"N & 82-08"51"W | Refusal on plastic material |
| SB-12 | ~10 | 36-36'-03"N & 82-08"51"W | Tall grassy area |
| SB-13 | ~9 | 36-36'-05"N & 82-08"52"W | Plastic trash at 9 inches. Area of tall grass/vegetation |
| SB-14 | ~5 | 36-36'-06"N & 82-08"53"W | Two (2) auger attempts. Plastic and rope at 5 inches. Area of tall vegetation |
| SB-15 | ~9 | 36-36'-08"N & 82-08"56"W | 9 inches of soil over black gravel and plastic |
| SB-16 | <2 | 36-36'-06"N & 82-08"55"W | Tall grassy area. Essentially only posi-shell remnants over thin veneer of soil |
| SB-17 | >15 | 36-36'-06"N & 82-08"55"W | Area just below current working soil stockpile |
| SB-18 | >12 | 36-36'-06"N & 82-08"55"W | Near gas well 62. |
| SB-19 | ~9.5 | 36-36'-05"N & 82-08"52"W | Next to haul road. Plastic encountered at 9.5 inches |
| SB-20 | >12 | 36-36'-01"N & 82-08"52"W | Next to haul road. |
| SB-21 | <6 | 36-36'-01"N & 82-08"54"W | Next to haul road. Black plastic with refusal |

Notes:  1) Coordinates are approximate based on Google Earth phone app. Some locations adjusted on map based on field observations.
2) Cover depth determined by measuring the depth of the borehole at termination with tape measure