# EXHIBIT 5

| Location | Depth | Coordinates | Photos |
|---|---|---|---|
| SB-1 | 12" | 36-35'-58"N/82-8'-50"W | |
| SB-2 | 6" | 36-35'-54"N / 82-8'-48"W | |
| SB-3 | 12" | 36-35'-52"N/82-8'-48"W | |

| | | | |
|---|---|---|---|
| SB-4 | >12" | 36-35'-52"N/82-8'-48"W |  |
| SB-5 | 10" | 36-35'-51'N/82-8'-52"W | |
| SB-6 | >12" | 36-35'-53"N/82-8'-55"W | |

| | | | |
|---|---|---|---|
| SB-7 | 12" | 36-35'-57"N/82-8'-52"W |  |
| SB-8 | >12" | 36-35'-55"N/82-8'-50"W | |
| SB-9 | | soil dumping area | |

| | | | |
|---|---|---|---|
| SB-10 | | soil dumping area |  |
| SB-11 | 8" | 36-36'-1"N/82-8'-51"W | |
| SB-12 | 5" | 36-36'-3'N/82-8'-52" | |

| | | | |
|---|---|---|---|
| SB-13 | 8" | 36-36'-5"N/82-8'-53"W |  |
| SB-14 | 12" | 36-36'-6"N/82-8'-53"W | |
| SB-15 | >12" | 36-36'-8"N/82-8'-56"W | |



| SB-16 | >12" | 36-36'-6'N/82-8'-55"W |
| SB-17 | 12"  | 36-36'-6"N/82-8'-55"W |
| SB-18 | >12" | 36-36'-5"N/82-8'-54"W |



| | | |
|---|---|---|
| SB-19 | >12" | 36-36'-5"N/82-8'-52"W |
| SB-20 | >12" | 36-36'-1"N/82-8'-53"W |
| SB-21 | >12" | 36-36'-1"N/82-8'-54"W |