# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **THE CITY OF BRISTOL, TENNESSEE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00023 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **THE CITY OF BRISTOL, VIRGINIA,** | ) | Judge James P. Jones |
| | ) | |
| Defendant. | ) | |

On August 31, 2022, the Court granted the motion of the defendant The City of Bristol, Virginia (Bristol Virginia) for extensions of time to comply with certain of the Court's directions as set forth in an agreed Preliminary Injunction entered June 14, 2022, the extensions being subject to the filing of reports as to the efforts of Bristol Virginia to comply with those directions. The reports have been filed, ECF No. 44, and the plaintiff The City of Bristol Tennessee (Bristol Tennessee) has in turn filed a reply, ECF No. 46.

The Court finds Bristol Virginia's report as to the request for an extension as to the intermediate cover requirement of the Preliminary Injunction to be adequate and the extension of that requirement to October 10, 2022, is confirmed. Bristol Tennessee may utilize the provision of the Preliminary Injunction allowing it and its agents access to the Landfill to confirm compliance with the deadline, upon reasonable notice and during regular business hours.

As to the deadline for the installation of thermocouples, the Court directs Bristol Virginia to forthwith file with the Court a report as to the status of the bid process and a response to Bristol Tennessee's contentions in its reply concerning acceleration of the schedule.

It is so **ORDERED**.

ENTER:  October 11, 2022

/s/  JAMES P. JONES
Senior United States District Judge