IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| THE CITY OF BRISTOL, TENNESSEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF BRISTOL, VIRGINIA, )<br>)<br>Defendant. )<br>)<br>) | Case No.: 1:22-cv-00023-JPJ |

## DECLARATION OF RANDALL EADS

I, Randall Eads, under penalty of perjury, declare that the following statements are true and correct to the best of my knowledge, information and belief.

1. I am the City Manager and City Attorney for the City of Bristol, Virginia ("Bristol VA"). I am over the age of 18 and am authorized to make this declaration on Bristol VA's behalf. If called as a witness, I can testify competently about the facts in this declaration, all of which are within my personal knowledge, or which I have learned as part of my role as City Manager.

2. My role as City Manager involves conducting the business of Bristol VA, including supervising staff, budgeting, and communicating with citizenry and the city council. As part of these duties, I oversee the landfill at 2655 Valley Drive, Bristol, Virginia 24201 (the "Landfill").

3. I am providing this declaration to detail the steps Bristol VA has undergone and is undertaking to install a dedicated system of thermocouples (temperature monitoring probes) in the waste mass of the Landfill to monitor Landfill temperatures in accordance with the Expert Panel Report.

## Installation of Intermediate Cover

4. Bristol VA completed installation of cover on October 10, 2022.

5. Bristol VA invited Bristol TN to inspect the installation of cover; that inspection took place on October 11, 2022.

6. Bristol VA will continue to monitor the cover and maintain it, and anticipates seeding it in the coming weeks.

## Installation of a Dedicated Temperature Monitoring System

7. On August 26, 2002, Bristol VA transmitted the bid to drilling contractors for the installation of the dedicated temperature monitoring system. This was the 2nd time that Bristol VA had transmitted a bid to drilling contractors. The first time, in July 2022, it received only one proposal, which was a non-responsive bid.

8. On September 7, 2022, three prospective bidders attended the procurement, a non-mandatory pre-bid meeting hosted by SCS Engineers. The purpose of the meeting was for prospective contractors to ask questions about the proposal.

9. On September 26, 2022, two contractors submitted a response to the bid.

10. On September 30, 2022 Bristol VA accepted the response of Connelly & Associates, Inc.

11. By October 7, 2022, Bristol VA ordered the well casing pipe used to insulate the temperature probes in the waste mass. The well casing pipe is scheduled to arrive in Roanoke on October 31, 2022 and should be delivered on site at the Landfill by November 1, 2022.

12. Connelly & Associates has been working through the purchase order with the manufacturer of the temperature probes and is finalizing the order. Connelly & Associates will

place the order on October 14, 2022. The manufacturer indicated that the temperature probes should arrive by late November 2022.

13. On October 26, 2022, Connelly & Associates will mobilize and deliver the drilling equipment to the Landfill.

14. On October 27, 2022, Connelly & Associates will begin the borehole drilling for the pipe casing.

15. Drilling of the boreholes for the pipe casing is scheduled to take 5-6 weeks.

16. Installation of the temperature probes into the pipe casings will take place after Connelly & Associates completes the borehole drilling and the temperatures probes arrive from the distributer.

17. Absent any unforeseen problems with drilling in the waste mass, delays due to inclement weather, or delays to the delivery of the well casing pipe and the temperature probes, the installation of the dedicated temperature monitoring system should be completed by December 31, 2022.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 13th day of October, 2022.

_____
Randall Eads