```
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF VIRGINIA
 2                           Abingdon Division

 3

 4  - - - - - - - - - - - - - - - - - -
 5                                      )
     THE CITY OF BRISTOL,               )
 6   TENNESSEE,                         )
                                        )   CIVIL ACTION NO.
 7                 Plaintiff,           )   1:22cv23
                                        )
 8   v.                                 )
                                        )
 9   THE CITY OF BRISTOL, VIRGINIA,     )
                                        )
10                 Defendant.
    - - - - - - - - - - - - - - - - - -
11

12                      TRANSCRIPT OF PROCEEDINGS

13                          (MOTION HEARING)

14                         Abingdon, Virginia

15                          June 13, 2023

16

17  BEFORE:  THE HONORABLE JAMES P. JONES,
                 United States Senior District Judge
18

19
    APPEARANCES:
20
    For the Plaintiff:        ERWIN LYNN DOUGHERTY, ESQ.
21                            E. Lynn Dougherty, Attorney at Law
                              131 Eighth Street
22                            Bristol, TN  37620

23                            MICHAEL EDWARD LACY, ESQ.
                              ANDREA WEST WORTZEL, ESQ.
24                            Troutman Pepper Hamilton Sanders LLP
                              1001 Haxall Point, Suite 1500
25                            Richmond, Virginia  23219
```

```
     ———————Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23———————
 1   Appearances Continued:

 2   For the Defendant:        JUSTIN DAVID HOWARD, ESQ.
                               CHRISTIAN EDMUND HENNEKE, ESQ.
 3                             McGuire Woods LLP
                               Gateway Plaza
 4                             800 East Canal Street
                               Richmond, VA  23219
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

—Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23—

1                          I N D E X

2

3

DEFENDANT'S
4  WITNESSES                                    PAGE

5   RANDALL EADS
        Direct Examination By Mr. Howard          13
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1          (Proceedings commenced at 10:00 a.m.)

2          THE COURT:  Good morning, ladies and gentlemen.  The

3    clerk will call the case.

4          THE CLERK:  The City of Bristol, Tennessee v. The

5    City of Bristol, Virginia, civil docket number 1:22cv23.

6          THE COURT:  We're here today for a hearing on the

7    proposed consent final decree pursuant to a settlement of the

8    parties in this case.

9          As I indicated in my order entered May 1st, this

10   Court must approve the settlement and the proposed judgment

11   because the parties request that the terms of the settlement

12   be included in a judgment which the Court could enforce by

13   its powers.

14         As I've indicated, I'll be glad to hear any

15   statements from members of the public as to the proposed

16   settlement and consent decree, and then I'll hear from

17   counsel.

18         So are there any members of the public who wish to

19   advise the Court as to their position?

20         Yes, sir, if you'd come forward and just stand at

21   this lectern here in front of you, and if you would state

22   your name, please.

23         MR. KELLOGG:  Thank you, Your Honor.  My name is

24   Joel Kellogg.  I'm a resident of Bristol, Tennessee, in the

25   Fairmont neighborhood.

Cynthia L. Bragg, Official Court Reporter

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1          I'm a passionate guy, and this is a passionate

2   subject, so bear with me.  I sometimes have trouble with

3   these.  I'm the current president of Hope for Bristol.  Thank

4   you for allowing public comment on this proposed consent

5   order.

6          I'm here today representing our organization as well

7   as all residents of Bristol, Virginia, and Bristol,

8   Tennessee, who, through no fault of their own, live in the

9   sacrifice zone.  The sacrifice zone was established in 1996

10  when the Virginia Department of Environmental Quality

11  approved the permit for this failed quarry landfill.

12          We are grateful for this consent order that ensures

13  that the "Beast," as the residents refer to this landfill,

14  will never reopen.  We are also grateful for the actions of

15  the Bristol, Tennessee, City Council for getting us to this

16  point.

17          However, we are dismayed and disheartened at the

18  lack of depth and protection this consent order offers our

19  residents.  Limited air monitoring for a limited time and

20  basically controlled by the City of Bristol, Virginia, falls

21  far short of easing the fears of those living in the constant

22  fallout from this disaster.

23          There are no stipulations for the sensitivity of the

24  air monitoring program.  Our sensitive RAMP units, custom

25  built for Hope for Bristol, measure in parts per billion.  We

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   are regularly seeing readings over the minimal risk levels

2   established by the Agency for Toxic Substances and Disease

3   Registry for carbon monoxide, ammonia, and hydrogen sulfide.

4            Furthermore, the City of Bristol, Virginia, has not

5   displayed a reliable track record of sharing information

6   regarding its landfills.  We are still FOIA requesting

7   documentation every two weeks.  The temperature data is still

8   not being publically released, and the city's contractor

9   chooses to share much of their data with VDEQ via video calls

10  which could not be FOIA requested.

11           This is the proverbial fox guarding the hen house.

12  Permanent stationary air monitoring is more common than not

13  at similar sites around the country.  There is no early

14  warning system or emergency evacuation plan.  Extremely high

15  temperatures very near the surface of this landfill creates a

16  potential for rapid subsidence which could compromise the

17  landfill surface and release a cloud of toxic chemicals into

18  our community.

19           There has been zero testing for dioxins at this

20  site.  It is a fact that elevated temperature of landfills

21  produce dioxins.  Dioxin is the most carcinogenic substance

22  on the planet.  We at Hope for Bristol anguish over the fact

23  that the fallout from this landfill covering nearly a hundred

24  square miles likely contains this substance.

25           Our children on their playgrounds and in their yards

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   pick up this fallout on their shoes and track it into homes,

2   schools, buses, churches, and vehicles.  Our pets do the

3   same.  This goes for everyone who lives and works within the

4   sacrifice zone that is Bristol.

5          We respectfully present during this public comment

6   period that this consent order, while a victory for our

7   residents in some ways, is woefully inadequate in its scope

8   and depth.  Thank you.

9          THE COURT:  Thank you very much.  Anyone else?  Very

10  well.  It appears that there are no other comments.  I

11  appreciate the comments that have been made.

12         I now will hear from counsel in support of their

13  joint motion.  Yes, sir.

14         MR. DOUGHERTY:  Good morning, Your Honor.

15         THE COURT:  Good morning.

16         MR. DOUGHERTY:  May it please the Court, I rise

17  today to speak in favor of this Court approving the proposed

18  settlement order that has been achieved through mediation

19  under the tutelage of Judge Sargent.

20         Your Honor, the winds of change, both figuratively

21  and literally, are upon us, and that's good news.  With that

22  wind it brings the winds of hope, hope for a better tomorrow

23  for our communities, hope for an end to an environmental

24  catastrophe, hope for reconciliation and renewed cooperation

25  between two cities and two states.

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1        I need to advise the Court what I advised my mayor

2   and my council when I was asked to assist in this lawsuit,

3   and that is I have a very personal interest in the outcome.

4   For the last 34 years I've lived in the same home in the

5   Fairmont Historic District in Bristol, Tennessee.  My

6   children were reared there; my grandchildren visit there.  So

7   the ultimate resolution of this lawsuit, the implementation

8   of a remediation plan that will achieve all of our goals, is

9   extremely important to me.

10        Now, Your Honor, you have two of the most

11   well-respected law firms in the United States before you

12   today, and besides the fact that they're better looking and

13   smarter than me, there is another difference.

14        In a very few minutes they're going to be going back

15   to Richmond and/or Roanoke.  When I leave, I'm going to be

16   going back to my home of 34 years.  I'm going to be going

17   back where I will have to look my neighbors, my friends, my

18   council, my mayor, and the entire constituency in the eyes

19   and say that this was a good settlement to a very complex and

20   difficult problem.

21        Your Honor, what this settlement accomplishes is the

22   following:  First of all, it calls for permanent closure of

23   the landfill.  That was not addressed in the DEQ order.  I

24   think it may have been assumed, but it was not addressed.

25        Secondly, it implements the best remediation

Cynthia L. Bragg, Official Court Reporter

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1    template that we know of.  All of the experts, Bristol

2    Virginia's and Bristol Tennessee's independent experts have a

3    consensus that this is the best plan moving forward.

4            The next thing it accomplishes is an extended time

5    period for continuous air monitoring, and Bristol, Virginia,

6    has already taken steps to implement that.

7            It also, Your Honor, leaves jurisdiction with this

8    Court which allows Bristol Tennesseeans an avenue to enforce

9    this agreement if that need should ever arise, because

10   without this Court's intervention, Bristol Tennesseeans would

11   be without recourse, and the DEQ order directs that there can

12   be no third-party enforcement.

13           When we look at the history of this case, when we

14   look at what Bristol, Virginia, has done and is continuing to

15   do, I would urge the Court that this is an appropriate

16   settlement.

17           There are, again, a lot of moving parts, and there

18   is going to be millions of dollars expended in the future.

19   Millions of dollars have already been expended.  But I can

20   tell you, Your Honor, having seen my neighbors cover their

21   house with plastic, having seen them seal all the doors in

22   their homes except for one, having seen parents buying

23   expensive air filters for their children's bedrooms, I know

24   the pain that this incident has caused.  But the good news

25   is -- and, again, I have skin in this game -- we're seeing

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   dramatic improvements.

2          As far as the malodor is concerned, we're seeing

3   improvements.  As far as the VOCs, that's going to have to be

4   continued to be addressed.  Mr. Kellogg is exactly correct.

5   Those levels need to be monitored and addressed as we

6   understand them more fully.  But as far as what this

7   litigation can do, I believe this settlement encompasses

8   every positive factor that could be accomplished, and I would

9   urge the Court to approve the settlement.

10          THE COURT:  Thank you, Mr. Dougherty.

11          Yes, sir.

12          MR. HOWARD:  Good morning, Your Honor.  Justin

13   Howard on behalf of Bristol, Virginia, along with Christian

14   Henneke.  Bristol, Virginia, is also represented today by

15   Randall Eads who is the city manager an city attorney.

16          I don't have a lot to add.  I agree with everything

17   that opposing counsel just said.  When I first came in front

18   of Your Honor when my firm was first engaged in this matter,

19   I told Your Honor that we both agree, Bristol, Tennessee and

20   Bristol, Virginia, agree that this landfill quarry is a

21   problem, and we both agree on the solution, the

22   recommendations of the expert panel that was assembled by

23   Virginia DEQ.

24          Bristol, Virginia, has been committed to resolving

25   this problem.  We may not agree on the legal claims and

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   defenses, and we may not agree on the ascertains by some of

2   the concerned citizens, but we do agree that the odor problem

3   has been a big problem, and Bristol, Virginia, has worked

4   aggressively to fix it.  Not just what's required by Virginia

5   DEQ or by this consent order, but also doing what our expert

6   witnesses, the world experts on high temperature landfills,

7   have recommended.  And we have Dr. Craig Benson here with us

8   in the courtroom to address any specific questions that the

9   Court may have.  Bristol, Virginia, consulted him because he

10  was the leading expert on the DEQ panel.

11          At the insistence of our experts, one example of

12  going above and beyond the minimum requirements of the order

13  is that with the dual extraction wells that pull the liquid,

14  which is the problem in the landfill, and the gases that are

15  the problem from the landfill, those dual extraction wells,

16  five of them are required by the consent decree with Virginia

17  DEQ.  We've already installed 16 of them.

18          The sidewall odor mitigation system that's required

19  to be completed by the end of this month, it goes around the

20  entire perimeter of the landfill and addressed the three

21  chimneys that were causing the bulk of the bad odor, has

22  already been installed, has been largely connected, and

23  should be on line completely extracting that sidewall odor

24  problem by late this afternoon or tomorrow, ahead of the end

25  of the month deadline.

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1            So Bristol, Virginia, is dedicated to solving this

2    problem.  They're committed to it, but it's a big expensive

3    problem, and every day the lawyers are doing battle in courts

4    takes money away from solving this big expensive problem.  So

5    we'd ask that the Court, for the reasons contained in our

6    submissions and for the reasons stated here today, we'd ask

7    that the Court approve the settlement.

8            THE COURT:  Thank you, Mr. Howard.  Let me ask you a

9    question or two.

10           MR. HOWARD:  Yes, sir.

11           THE COURT:  One of the questions that I have is the

12   cost of remediation.  I recognize, having lived here over 50

13   years, that Bristol, Virginia, has had difficulty in terms of

14   it's finances in the past, and I am concerned about the

15   figures that I've seen in the news media expressing

16   estimations of the cost of the remediation, including the

17   states's consent decree.

18           Can you give me any satisfaction or information

19   about the expectations of the City of Bristol, Virginia,

20   about how it's going to pay for all of this in the future?

21           MR. HOWARD:  Your Honor, it's my understanding that

22   Bristol, Virginia, has discussed this with state officials to

23   get money allocated.  As of yesterday, we were notified that

24   the first $2 million, I believe, that was set aside to

25   address this issue will be released very soon.  Randy Eads

```
 ┌─Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23─┐
```

 1  can address the particulars of what the anticipated budget is

 2  and what the plan is for satisfying that.

 3          THE COURT:  Well, if Mr. Eads is available and

 4  wishes to, if you could call him as a witness, I'd be glad to

 5  listen to that.

 6          MR. HOWARD:  Very well, Your Honor.  Mr. Eads.

 7          THE COURT:  Mr. Eads, if you'd stand before the

 8  clerk and be sworn, please.

 9          RANDALL EADS, called by the Defendant, having been

10  first duly sworn, was examined and testified as follows:

11                       DIRECT EXAMINATION

12  BY MR. HOWARD:

13  Q.  Good morning, Mr. Eads.

14  A.  Good morning.

15  Q.  Could you state your name for the record?

16  A.  Randall Eads.

17  Q.  What's your position?

18  A.  I'm the city manager and city attorney for Bristol,

19  Virginia.

20  Q.  You were present in the courtroom and heard the questions

21  raised by the Judge regarding the budget for addressing the

22  remediation efforts at the quarry landfill and also how

23  Bristol, Virginia, plans to address that?

24  A.  Yes.

25  Q.  What is Bristol, Virginia's plan?

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   A.  Well, first I'd like to say, you know, I recognize the

2   Judge's concerns about Bristol, Virginia's finances.  Over

3   the years Bristol, Virginia, has been notorious for bad

4   fiscal management.  When I came on board in 2017, Bristol,

5   Virginia, had roughly $8.3 million in the bank.  As of June

6   30th, 2022, we had over $26 million in the bank.  We made

7   significant strides since 2017.

8          But in regard to the landfill specifically, there

9   are -- I recognize there are wide estimates as to what this

10  is going to cost.  As we get estimates from other engineers

11  and as we bid things out, the prices come back more than what

12  has been expected, but we do have a plan.

13         We've been working with Davenport and Associates,

14  who are our financial advisors, on helping us pay for this.

15  We expect the total cost to be somewhere between $50 million

16  and $60 million.

17         The first part has been paid for by the city.  The

18  city has roughly expended a little over $7 million of our own

19  money right now.  Plus we've expended I think $8.9 million of

20  ARPA money.  So there has been roughly about $15 million that

21  the city has expended on this project so far.

22         We're working with our state delegation to secure

23  more funding for this landfill.  We're asking the state

24  officials for over $30 million to help us with this.

25  However, if we're unable to get that, we do have a plan to

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   borrow funds, if necessary.

2         THE COURT:  Do you believe that Bristol, Virginia,

3   would be able to borrow the funds necessary to pay for the

4   cost, assuming that it was not able to get state or federal

5   money?

6         THE WITNESS:  Yes.  Based on the conversations we've

7   had with our financial advisers, we do believe we could

8   borrow the funds.

9         THE COURT:  All right.  Any other questions?

10         MR. HOWARD:  No.  Well, I will ask one more.

11   BY MR. HOWARD:

12   Q.  When Bristol, Virginia, is engaged in litigation over

13   this matter, what does that do to available funds for

14   addressing the odor mitigation efforts?

15   A.  It takes away the funds that we have to put towards

16   projects.  I've very much enjoyed working with McGuire Woods.

17   I think y'all are absolutely the best law firm in the

18   Commonwealth of Virginia and probably the nation, but paying

19   McGuire Woods every month is expensive, and it's something

20   that -- you know, it's a burden on our citizens when we have

21   to pay those from taxes.  It's not coming out of my pocket.

22   It's not coming out of our employees' pockets.  It's coming

23   out of our taxpayers' pockets.

24         MR. HOWARD:  Thank you, Mr. Eads.

25         THE COURT:  Thank you.

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1          Mr. Dougherty, do you have any questions?

2          MR. DOUGHERTY:  I do not, Your Honor.

3          THE COURT:  All right.  Thank you, Mr. Eads.

4          THE WITNESS:  Thank you, Your Honor.

5          THE COURT:  I'm advised that there is a requirement

6    that the proposed decree be presented to a federal agency

7    under the applicable statutes, and I wonder if counsel could

8    enlighten me in that regard.

9          MR. LACY:  Good morning, Your Honor.  Michael Lacy

10   on behalf of the plaintiff, Bristol, Tennessee.  Your Honor,

11   as the Court is aware, we sued under two federal statutes as

12   well as asserted a common law negligence claim.

13          Under one of the federal statutes, the Clean Air

14   Act, when a private lawsuit, such as this, is brought, before

15   a consent judgment or consent settlement is reached, EPA is

16   entitled to 45 days notice of it.  That provides them an

17   opportunity to comment, if it so chooses.

18          So what we would propose to do, subject to the

19   Court's approval and assuming the Court is agreeable to the

20   consent order presented by the parties, we would send it to

21   the EPA either today or tomorrow to start that 45-day clock

22   running as well as reach out to the EPA to see if we can't

23   have them confirm one way or the other whether they have any

24   issues with the proposed consent judgment.

25          I'll note for the Court that pursuant to the Clean

Cynthia L. Bragg, Official Court Reporter

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   Air Act, we did provide notice of the lawsuit when it was

2   filed to EPA, and they have not taken any action here to date

3   with respect to the lawsuit.  So while we don't know for

4   certain, based on events to date, we don't anticipate EPA

5   having any issues with the consent judgment.

6          THE COURT:  Well, just to make that clear, what

7   you're saying is that the parties would propose that before

8   the Court accepts the agreement that you give notice to the

9   Environment Protection Agency of the U.S. government and wait

10  45 days, or at least 45 days, to see if the EPA has any

11  comments on the proposed settlement; is that correct?

12         MR. LACY:  Yes, Your Honor.  Sorry for not being

13  that clear.  I should also make it clear that we have to send

14  it to the EPA and the Department of Justice as counsel for

15  the EPA.  So we'll make sure, should the consent order be

16  acceptable to the Court, that it is sent to both those

17  entities.

18         And, yes, we would propose that the order be entered

19  or become effective 45 days after service unless we're able

20  to speak to the EPA and DOJ in advance and get their sign off

21  in which case we would notify the Court.

22         THE COURT:  Well, it seems to me that it would

23  probably be more prudent for me to simply ask that you

24  proceed with your notice to the EPA and the Department of

25  Justice before I make a decision, because while you believe,

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1   and maybe with good cause, that the EPA will not have any

2   comments, and by comments I assume they may say this is not

3   what we think should be done, and I would want to hear that.

4   In other words, I would want to consider that along with what

5   I've heard today and what I know about the case before I

6   actually approve the settlement.

7           So I think the appropriate procedure would be for me

8   to take the matter under advisement, and we'll wait for the

9   EPA to either comment or for the time, 45 days, to run.  Then

10  assuming that there is no further developments and the Court

11  has no further questions, then I would proceed to announce my

12  ruling on the approval of the settlement.

13          MR. LACY:  That sounds good, Your Honor.

14          MR. HOWARD:  Your Honor, let me just add that we

15  agree with the proposal of Bristol, Tennessee, to do this,

16  and we would propose submitting a revised proposed order that

17  reflects the fact that that notice has been given.

18          And I would just inform the Court that the EPA

19  participates in weekly calls with Bristol, Virginia, and DEQ

20  to discuss the status of the remediation efforts, so they're

21  fully informed about what's been going on, but I agree with

22  opposing counsel that this notice is required.

23          THE COURT:  All right.  Thank you.  Anything further

24  from counsel?

25          MR. LACY:  Nothing further from plaintiff.

Cynthia L. Bragg, Official Court Reporter

Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23

1          MR. HOWARD:  Nothing from Bristol, Virginia, Your

2     Honor.

3          THE COURT:  All right.  Well, thank you very much,

4     counsel, for your presentations today.  In accord with the

5     conversation we've just had, I'm going to take the joint

6     motion for approval of the settlement agreement under

7     advisement, meaning that I'm not going to rule on it yay or

8     nay until we hear from the EPA or the 45 days has run.  I'm

9     sure counsel will keep the Court advised in that regard.

10    Then once that's done, then I will rule.

11         I want to say that I certainly consider this an

12    important matter.  That's why I scheduled this hearing today

13    to assist me in making that decision, and I would not make

14    any decision lightly.

15         Again, I think this has been a tragedy for the

16    cities, of course, but more important for the individual

17    citizens of these cities that have gone through various rough

18    times in the past but unfortunately have been presented with

19    this issue, which has been expensive.  Again, more

20    importantly, it has affected individuals throughout the two

21    cities.  Accordingly, I want to make the correct decision

22    even though it's going to take a little more time.

23         I want to thank counsel.  I want to thank our

24    citizen for his input which I will certainly consider.

25         If there is nothing further, we will recess court.

———Bristol, TN v. Bristol, VA (1:22cv23) - Hearing Held on 6/13/23———

1          (The proceedings concluded at 10:29 a.m.)

2

3                       CERTIFICATION

4

5      I certify that the foregoing is a correct transcript

6   from the record of proceedings in the above-entitled matter.

7

8

9          _____/s/_____

10                    Cynthia L. Bragg

11                    June 29, 2023

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cynthia L. Bragg, Official Court Reporter